# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM HASSAN MILHOUSE,** | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-01348 |
| vs. | : | |
| **WARDEN DAVID EBBERT,** | : | (Judge Rambo) |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Milhouse's motion for reconsideration (Doc. 7) is **DENIED**.

                                                            s/Sylvia Rambo
                                                            SYLVIA H. RAMBO
                                                            United States District Judge

Date: December 5, 2016