IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
KAREEM HASSAN MILHOUSE,       :
                              :
        Petitioner            :   CIVIL NO. 1:14-CV-01844
                              :
    vs.                       :
                              :
WARDEN EBBERT,                :   (Judge Rambo)
                              :
        Respondent            :
---------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
        Petitioner            :   CIVIL NO. 1:15-CV-00013
                              :
    vs.                       :
                              :
DAVID EBBERT,                 :   (Judge Rambo)
                              :
        Respondent            :
---------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
        Petitioner            :   CIVIL NO. 1:15-CV-00390
                              :
    vs.                       :
                              :
DAVID EBBERT,                 :   (Judge Rambo)
                              :
        Respondent            :
---------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
        Plaintiff             :   CIVIL NO. 1:15-CV-00468
                              :
    vs.                       :
                              :
SUSAN V. HEATH, et al.,       :   (Judge Rambo)
                              :
        Defendants            :
```

```
------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
      Petitioner              :   CIVIL NO. 1:16-CV-00239
                              :
   vs.                        :
                              :
WARDEN DAVID EBBERT,          :   (Judge Rambo)
                              :
      Respondent              :
------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
      Petitioner              :   CIVIL NO. 1:16-CV-00618
                              :
   vs.                        :
                              :
WARDEN DAVID EBBERT,          :   (Judge Rambo)
                              :
      Respondent              :
------------------------------------------------------------
KAREEM HASSAN MILHOUSE,       :
                              :
      Petitioner              :   CIVIL NO. 1:16-CV-01348
                              :
   vs.                        :
                              :
DAVID J.  EBBERT,             :   (Judge Rambo)
                              :
      Respondent              :
```

### NOTICE OF THREE STRIKES
### UNDER 28 U.S.C. § 1915(g)

On February 11, 2016, the Court of Appeals for the Third Circuit issued a per curiam opinion in

Milhouse v. Sage, et al., C.A. No. 14-3845, indicating that Milhouse only had one strike prior to filing the case of Milhouse v. Sage, Civil No. 14-1055, in this court on June 2, 2014.  After June, 2014, however, Milhouse accumulated two additional strikes.

The three strikes accumulated by Milhouse are: Milhouse v. Bledsoe, Civil No. 10-00053 (M.D.Pa. filed Jan. 11, 2010); Milhouse v. Heath, Civil No. 15-00468 (M.D.Pa. filed Mar. 19, 2015); and Milhouse v. John Doe 1-3, Judges of the Third Circuit Court of Appeals, Civil No. 16-146 (M.D.Pa. filed Jan. 27, 2016).

     s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge